**Sharon Gibbons, Plaintiff-Appellee, v. William Gibbons, Defendant-Appellant.**

**Gen. No. 67-158.** ■■■

Second District.

May 28, 1968.

Smith, Penniman, McGreevy and Donohue, of Rockford, for appellant; Roald A. Jacobsen, of Rockford, for appellee. Opinion by PRESIDING JUSTICE ABRAHAMSON. Not to be published in full.